UNITED STATES DISTRICT COURT
THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| DALE J. ALLEMAN, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| Vs. | ) Case No. 2:14-CV-2190 |
| | ) |
| GEM CITY ACCOUNT SERVICE, INC., | ) |
| | ) |
| DEFENDANT. | ) |

**COMPLAINT AND JURY DEMAND**

NOW COMES the Plaintiff, DALE J. ALLEMAN, by and through his attorneys, Alleman & Hicks, and for his Complaint against the Defendant, GEM CITY ACCOUNT SERVICE INC., for violations of the FAIR DEBT COLLECTIONS PRACTICES ACT, (FDCPA), states as follows:

**JURISDICTION**

1. Jurisdiction of this Court arises under 28 U.S.C. 1331 and 15 U.S.C. 1692k(d) which states that such actions may be brought and heard before "any appropriate United States District Court without regard to the amount in controversy."

2. This action arises from the Defendant's violation of the Fair Debt Collections Practices Act, 15 U.S.C. 1692 et seq (FDCPA).

3. Venue in this District is proper under 28 USC 1391(b) because the acts and transactions occurred here; and the Plaintiff resides within this District.

## PARTIES

4. The Plaintiff is a natural person who resides in Mt. Zion, County of Macon, State of Illinois, and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

5. Gem City Account Service Inc., is a collection agency operating from an address of 200 N. 8th Street, Suite 104, Quincy, Illinois and is a "debt collector" as that term is defined by 15 U.S.C. 1692a(6) and sought to collect a consumer debt from the Plaintiff.

6. The Defendant is a collection agency that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection of consumer debts.

## FACTUAL ALLEGATIONS

7. Prior to January 2014, the Plaintiff incurred a financial obligation to SIU Physicians and Surgeons, a medical provider, that was primarily personal and is therefore a "debt" as that term is defined by 15 U.S.C. 1692a(5).

8. Sometime thereafter the alleged debt was in default and consigned, placed or otherwise transferred to the Defendant for collection from the Plaintiff, Dale Alleman.

9. On January 17, 2014 the Defendant sent the Plaintiff Exhibit A – which was the first communication with the Plaintiff.

10. Exhibit A violated the FDCPA in that:

    a. It failed to include the debt validation language required by the Act.
    b. It improperly stated that "payment in full" was due within 10 days, an untrue statement, in violation of the Act.
    c. It improperly suggested that the Plaintiff could protect his credit in violation of the Act.

11. On April 16, 2014, the Defendant sent the Plaintiff Exhibit B.

12. On June 3, 2013, the Defendant sent the Plaintiff Exhibit C.

13. Exhibit C is the Defendant's <u>first</u> communication regarding its attempt to collect the $ 48.70 debt to SIU Physicians and Surgeons.

14. Exhibit C violated the FDCPA in that:

    a. It failed to include the debt validation language required by the Act.
    b. It improperly stated that "payment in full" was due within 10 days, an untrue statement, in violation of the Act.
    c. It improperly suggested that the Plaintiff could protect his credit in violation of the Act.

15. On June 2, 2014, the Defendant called the Plaintiff's cellular phone in an attempt to collect the aforementioned debts, but failed to provide the "mini – Miranda" warnings as required by the Act.

16. Due to the illegal acts of the Defendant, the Plaintiff has incurred and suffered mental anguish.

**TRIAL BY JURY**

17. The Plaintiff, DALE J. ALLEMAN, is entitled to and hereby respectfully **DEMANDS TRIAL BY JURY.**

**PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff, DALE J. ALLEMAN, prays that Judgment be entered against the Defendant, GEM CITY ACCOUNT SERVICE, INC., as follows:

- For an award of actual damages pursuant to 15 U.S.C. 1692(a)(1);
- For an award of statutory damages in an amount of $ 1,000.00 pursuant to 15 U.S.C. 1692(a)(2)(A) for each violation of the Act;
- For an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. 1692k(a)(3) (FDCPA).
- For such other and further relief as may be just and proper.

DATED: AUGUST 9, 2014.

Respectfully submitted,
**ALLEMAN & HICKS**

/s/ *John D. Alleman*

John D. Alleman
LEAD COUNSEL
Attorney ID 6202752

310 E. Main Street
Carbondale, IL 62901
(618) 549-8300 PHONE
Allemanjd@aol.com